UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA MARIE MCCOY,<br><br>    Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  2:23-cv-881-KJN |
| LEILA MARIE MCCOY,<br><br>    Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  2:23-cv-882-DMC<br><br><br>ORDER RELATING CASES |

  Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a).  The actions involve the same parties and appear to be based on the same claims.  They center around the same events, questions of fact, and questions of law. Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

///

1

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; the actions are not consolidated by this order. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

Therefore, IT IS ORDERED that:

1. The action denominated <u>McCoy v Commissioner of Social Security</u>, 2:23-cv-882-DMC, is reassigned to Chief Magistrate Judge Newman for all further proceedings;
2. Any dates currently set in the -882 case only are hereby VACATED;
3. Henceforth, the caption on documents filed in the reassigned case shall be shown as <u>McCoy v Commissioner of Social Security</u>, 2:23-cv-882-KJN; and
4. The Clerk of the Court shall make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: July 19, 2023

mcco.881 and 882

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE